**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

July 12, 2021

Senior Judge Sterling Johnson, Jr.
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Original Filed by ECF**

RE:   *United States v. Galan Luperon*, 17 cr 141

Dear Judge Johnson:

This office represents Juan Carlos Galan Luperon. Mr. Galan is currently subject to supervision by the U.S. Probation Office, and is compliant. He respectfully requests permission from the Court to travel to the Dominican Republic on July 22 until August 5, 2021 to visit his family.

The government and probation have no objection to this application.

Respectfully submitted,

/s/
Allegra Glashausser
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8739
allegra_glashausser@fd.org